IN RE:

    TROY MACK AND VELDA MACK        BANKRUPTCY NO.: 19-50836-MLO
                                                          CHAPTER 7
                                                          HONORABLE MARIA L. OXHOLM

          DEBTORS
_____/

DAVID R. IENNA (P77170)
Attorney for Debtor
1 Parkland Blvd., Suite 729 East
Dearborn, MI 48126
(888) 324-7629

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                              /

**RESPONSE TO MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. § 722**

      Bridgecrest Credit Company LLC ("Creditor"), in response to Debtors' Motion to Redeem a 2015 Dodge Grand Caravan, states as follows:

      1.     As to Paragraph 1, the Creditor neither admits nor denies and leaves the Debtors to their proofs.

      2.     As to Paragraph 2, the Creditor neither admits nor denies and leaves the Debtors to their proofs.

      3.     As to Paragraph 3, the Creditor denies that the redemption value should be $9,958.00. Based on the NADA Official Used Car Guide, Creditor asserts that the value of the vehicle is approximately $12,100.00.

4. As to Paragraph 4, the Creditor neither admits nor denies and leaves the Debtors to their proofs.

5. As to Paragraph 5, the Creditor neither admits nor denies and leaves the Debtors to their proofs.

In conclusion, the Creditor prays that the Court deny Debtor's Motion for Redemption.

                O'REILLY RANCILIO P.C.

                */s/ Craig S. Schoenherr, Sr.*
                _____
                CRAIG S. SCHOENHERR, SR. (P32245)
                Attorney for Creditor
                O'REILLY RANCILIO P.C.
                Sterling Town Center
                12900 Hall Road, Suite 350
                Sterling Heights, MI  48313-1151
                (586) 726-1000
                ecf@orlaw.com

DATED:  March 5, 2020