UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| TROY MACK AND VELDA MACK | BANKRUPTCY NO.: 19-50836-MLO<br>CHAPTER 7<br>HONORABLE MARIA L. OXHOLM |
| DEBTORS / | |

DAVID R. IENNA (P77170)
Attorney for Debtor
1 Parkland Blvd., Suite 729 East
Dearborn, MI 48126
(888) 324-7629

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                              /

## PROOF OF SERVICE OF RESPONSE TO
## MOTION TO REDEEM 2015 DODGE GRAND CARAVAN

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 5th day of March, 2020, a copy of Bridgecrest Credit Company LLC's Response to Motion to Redeem and this Proof of Service was served upon:

David R. Ienna                      Mark H. Shapiro
Attorney for Debtor                 Chapter 7 Trustee
1 Parkland Blvd., Suite 729 East    25925 Telegraph RoadSte. 203
Dearborn, MI 48126                  SouthfieldMI48033

Troy Mack and Velda Mack
20442 Lancaster
Dearborn, MI 48126

electronically pursuant to the court notice of service, and to those not electronically registered by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                                O'REILLY RANCILIO P.C.

                                                */s/ Craig S. Schoenherr, Sr.*

                                                _____
                                                CRAIG S. SCHOENHERR, SR. (P32245)
                                                Attorney for Creditor
                                                O'REILLY RANCILIO P.C.
                                                Sterling Town Center
                                                12900 Hall Road, Suite 350
                                                Sterling Heights, MI 48313-1151
                                                (586) 726-1000
DATED: March 5, 2020                       ecf@orlaw.com